■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANFRIED F. WEST, Appellant.—Judgment unanimously modified, on the law, by reducing the sentence imposed to an indeterminate term of imprisonment with a maximum of six years and a minimum of three years and otherwise judgment affirmed. (Appeal from judgment of Lewis County Court, Davis, J.—burglary, second degree.) Present—Doerr, J. P., Boomer, Green, O'Donnell and Pine, JJ.